# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEILL SAMUELL,<br><br>         Plaintiff(s),<br><br>v.<br><br>ALMONA, et al.,<br><br>         Defendant(s). | Case No.: 2:19-cv-01269-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 16] |

Pending before the Court is Plaintiff's response to the order resetting the inmate mediation. Docket No. 16. The Court liberally construes Plaintiff's filings, *e.g. Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), and will treat the instant filing as a motion to excuse Plaintiff from complying with the order to submit a mediation statement to the newly-appointed mediator (Kathleen Bergquist). The previously-appointed mediator (James Kohl) has located Plaintiff's earlier mediation statement and has agreed to provide it to Ms. Bergquist for use at the reset mediation. As such, there should be no need for Plaintiff to submit an additional mediation statement. Accordingly, Plaintiff's motion to that effect will be **GRANTED**.

IT IS SO ORDERED.

Dated: August 5, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1