# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEILL SAMUELL,<br>  Plaintiff(s),<br>v.<br>ALMONA, et al.,<br>  Defendant(s). | Case No.: 2:19-cv-01269-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 25] |

  Pending before the Court is Plaintiff's motion for an order directing the U.S. Marshal to serve Defendant Shanon Ennis-Wright. Docket No. 25. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

  Litigants proceeding under *in forma pauperis* status have the right "to adequate assistance by the U.S. Marshal in the service of summons and the complaint." *Puett v. Blandford*, 912 F.2d 270 (9th Cir. 1990); *see also* Fed.R.Civ.P. 4(c)(3).

  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's motion for an order directing the U.S. Marshal to serve Defendant Shanon Ennis-Wright is **GRANTED**. Docket No. 25.

  **IT IS FURTHER ORDERED** that the Clerk's Office shall issue a summons for Defendant Shanon Ennis-Wright. The Clerk's Office shall send the summons to the U.S. Marshal with the address provided under seal for this individual. *See* Docket No. 23.

  **IT IS FURTHER ORDERED** that the Clerk's Office shall send one copy of the complaint, Docket No. 10, one copy of the Court's screening order, Docket No. 9, and one copy of this Order to the U.S. Marshal for service on Defendant Shanon Ennis-Wright.

  **IT IS FURTHER ORDERED** that the Clerk's Office shall send one USM-285 service form to Plaintiff.

**IT IS FURTHER ORDERED** that, no later than November 23, 2020, Plaintiff shall return a completed USM-285 service form to the U.S. Marshal, United States Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

**IT IS FURTHER ORDERED** that the U.S. Marshal shall attempt to effect service within fifteen (15) days of receiving Plaintiff's USM-285 service form.

**IT IS FURTHER ORDERED** that Plaintiff must file a notice with the Court identifying whether Defendant Shanon Ennis-Wright was served within twenty days after receiving back from the U.S. Marshal a copy of the USM-285 service form showing whether service has been accomplished. If service was not accomplished and Plaintiff wishes to have service again attempted on Defendant Shanon Ennis-Wright, Plaintiff must file a separate motion with the Court specifying a more detailed name or address for Defendant Shanon Ennis-Wright, or whether some other manner of service should be attempted.

IT IS SO ORDERED.

Dated: October 22, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

2