**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEILL SAMUELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>ALMONA, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-01269-JAD-NJK<br><br>**ORDER**<br><br>[Docket No. 28] |

Pending before the Court is Plaintiff's motion for clarification as to the process for effectuating service on Defendant Shanon Ennis-Wright. Docket No. 28. The Court hereby clarifies for Plaintiff that he must furnish the U.S. Marshal with the USM-285 form with the address section for Defendant Ennis-Wright left blank as his address is sealed.

Consistent with the above, the motion for clarification is **GRANTED**. The Court further **ORDERS** as follows:

- The Clerk's Office is instructed to mail Plaintiff another blank copy of the USM-285 form.
- Plaintiff shall have twenty days in which to furnish the U.S. Marshal with the required USM-285 form (with Defendant's address omitted).
- The Clerk's Office shall deliver the complaint and summons for Defendant Ennis-Wright to the U.S. Marshal for service.
- Within twenty days after receiving from the U.S. Marshal a copy of the Form USM-285, showing whether service has been accomplished, Plaintiff must file a notice identifying whether Defendant Ennis-Wright was served. If service was unsuccessful and Plaintiff wishes to have service attempted again, a motion must be filed identifying

1

- the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.
- Defendant's address shall remain sealed and shall not be provided to Plaintiff.

IT IS SO ORDERED.

Dated: November 23, 2020

                                                          _____
Nancy J. Koppe
United States Magistrate Judge

2