UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Neill Samuell, | Case No.: 2:19-cv-01269-JAD-NJK |
| Plaintiff | |
| v. | **Order Denying Request for a Six-Month Extension of Time to Continue to Litigate this Civil Action** |
| Almona, et al., | |
| Defendants | [ECF No. 32] |

Plaintiff Neill Samuell brings this civil-rights action under 42 U.S.C. § 1983, claiming that his constitutional rights were violated by prison officials at Nevada's High Desert State Prison (HDSP) where he is incarcerated. Samuell's complaint was screened earlier this year,[1] and the answer of the majority of the defendants is due—with an extension—in mid-January.[2] Citing a list of challenges he faces as a result of a state-court criminal matter and ultimate release from prison, Samuell asks this court "for an extension of at least six months to continue to litigate this civil action."[3]

The problem with Samuell's request is its lack of specificity, which makes it impossible for this court to know what, exactly, he wants the court to order. He does not identify any approaching deadline that he wants to extend. As the defendants have another three weeks or so before their answer is due, virtually nothing is happening in this case right now. And although this court set some deadlines related to service on Defendant Shanon Ennis-Wright,[4] most of

---

[1] ECF No. 9.
[2] ECF No. 31.
[3] ECF No. 32.
[4] *See* ECF No. 26.

those deadlines passed before Samuell filed the instant request. So I can't even guess what a six-month extension would impact here.

IT IS THEREFORE ORDERED that Plaintiff's Requet for an Extension of Time to Continue to Litigate this Civil Action **[ECF No. 32] is DENIED** without prejudice to plaintiff's ability to file requests to extend deadlines related to specific obligations in this case.

Dated: December 15, 2020

_____
U.S. District Judge Jennifer A. Dorsey